# United States Court of Appeals
**For the Seventh Circuit**
**Chicago, Illinois 60604**

June 30, 2022

**Before**

ILANA DIAMOND ROVNER, *Circuit Judge*

MICHAEL B. BRENNAN, *Circuit Judge*

AMY J. ST. EVE, *Circuit Judge*

| | |
|---|---|
| No. 21-2475 | |
| JOHN M. KLUGE,<br>    *Plaintiff-Appellant*,<br><br>v.<br><br>BROWNSBURG COMMUNITY<br>SCHOOL CORPORATION,<br>    *Defendant-Appellee*. | Appeal from the United States District Court for the Southern District of Indiana, Indianapolis Division.<br><br>No. 1:19-cv-02462-JMS-DLP<br><br>Jane Magnus-Stinson,<br>*Judge*. |

**O R D E R**

In light of *Kennedy v. Bremerton School Dist.*, — U.S. —, 2022 WL 2295034 (June 27, 2022), we order each party to file a supplemental brief limited to 7,000 words to address whether and how the *Kennedy* decision affects this appeal.

The parties shall also address whether further development of the record is necessary or appropriate and whether and how this new authority could affect the summary judgment analysis.

The supplemental briefs shall be filed within fourteen calendar days of this order.