# United States Court of Appeals
**For the Seventh Circuit**
**Chicago, Illinois 60604**

July 28, 2023

ILANA DIAMOND ROVNER, *Circuit Judge*

MICHAEL B. BRENNAN, *Circuit Judge*

AMY J. ST. EVE, *Circuit Judge*

| | |
|---|---|
| No. 21-2475 | |
| JOHN M. KLUGE, | Appeal from the United States District Court |
| *Plaintiff-Appellant,* | for the Southern District of Indiana, Indianapolis Division. |
| *v.* | |
| | No. 1:19-CV-02462 |
| BROWNSBURG COMMUNITY SCHOOL CORP., | Jane Magnus-Stinson, *Judge*. |
| *Defendant-Appellee.* | |

**O R D E R**

In light of the Supreme Court's clarification in *Groff v. DeJoy*, 143 S. Ct. 2279 (2023), of the standard to be applied in Title VII cases for religious accommodation, our opinion and judgment in this case are vacated and this case is remanded for the district court to apply the clarified standard to the religious accommodation claim in the first instance. We leave to the district court's discretion whether to reopen discovery on remand.

No judge of the court[1] having called for a vote on the Petition for Rehearing and Rehearing En Banc, filed by Plaintiff-Appellant on April 21, 2023, and all of the judges on the original panel having voted to deny the same,

**IT IS HEREBY ORDERED** that the Petition for Rehearing and Rehearing En Banc is **DENIED.**

---

[1] Circuit Judge Doris L. Pryor did not participate in consideration of this petition.