# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

August 7, 2023

To:  Roger A. G. Sharpe
  UNITED STATES DISTRICT COURT
  Southern District of Indiana
  United States Courthouse
  Indianapolis, IN 46204-0000

| | |
|---|---|
| No. 21-2475 | JOHN M. KLUGE,<br>　　　　　Plaintiff - Appellant<br><br>v.<br><br>BROWNSBURG COMMUNITY SCHOOL CORPORATION,<br>　　　　　Defendant - Appellee |
| **Originating Case Information:** | |
| District Court No: 1:19-cv-02462-JMS-DLP<br>Southern District of Indiana, Indianapolis Division<br>District Judge Jane Magnus-Stinson | |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:                                   No record to be returned

form name: **c7_Mandate**　(form ID: **135**)